# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

JUAN RAYMUNDO LEMUS GUERRERO,
JUAN ALDACO MIRANDA, ARTURO
ROBERTO ALVAREZ-LOPEZ, ROBERTO
SAIZ RODRIGUEZ, ARTEMIO CORIA-
CASTRO, JUAN PABLO ESCAMILLA
AVILA, AND RIGOBERTO MARTINEZ
ROQUE, individually and on behalf of others,

       Plaintiffs,

vs

BRICKMAN GROUP, LLC., a Delaware
corporation, BRICKMAN ACQUISITIONS
LTD., a Michigan corporation d/b/a
LAKEWOOD LANDSCAPING, AMIGOS
LABOR SOLUTIONS, INC., ROBERT
WINGFIELD, JR., an individual, and
JEFFREY WEST, an individual, and LLS
INTL., INC., a Michigan corporation,

       Defendants.

Case No. 1:05CV0357

Hon. Robert H. Cleland

**AMIGOS LABOR SOLUTION, INC.'S RULE 26(a) INITIAL DISCLOSURES**

---

MICHIGAN MIGRANT LEGAL
ASSISTANCE PROJECT, INC.
By:    Robert A. Alvarez (P66954)
Attorneys for Plaintiffs
648 Monroe Avenue, N.W., Suite 318
Grand Rapids, Michigan 49503
(616) 454-5055

Edward Tuddenham
Tx. Bar No. 20282300
Attorney for Plaintiffs
272 W. 107th St., 20A
New York, NY 20025
(212) 866-6026

CUNNINGHAM DALMAN P.C.
By:  Ronald J. Vander Veen (P33067)
       Gregory J. McCoy (P54419)
Attorneys for Plaintiffs
321 Settlers Road, P.O. Box 1767
Holland, Michigan 49422-1767
(616) 392-1821

BERRY MOORMAN P.C.
By:  David M. Foy (P42574)
       Bruce G. Davis (P38715)
Attorneys for Defendants Brickman Group,
       LLC and Brickman Acquisitions, Ltd.
535 Griswold, Suite 1900
Detroit, Michigan 48226
(313) 496-1200

Charles H. Worsfold (P26949)
Worsfold, MacFarlane, McDonald, PLLC
Attorneys for Defendants Amigos Labor
   Solutions, Inc. and Robert Wingfield, Jr.
1001 Monroe Avenue NW
Grand Rapids, Michigan 49503
(616) 977-9200

Wayne Walker (P51290)
Williams, Williams, Ruby & Plunkett, P.C.
Attorneys for Defendant LLS, Intl., Inc.
380 N. Old Woodward Avenue, Suite 300
Birmingham, Michigan 48009
(248) 642-0333

David W. Showalter (TBA#18306500)
James I. Smith, Jr. (TBA#18742000)
Law Offices of David W. Showalter
Attorneys for Defendant Jeffrey West, d/ba
LLS International
5231 Bellaire Boulevard
Bellaire, TX 77401-3901
(713) 660-0491

## AMIGOS LABOR SOLUTIONS, INC.'S RULE 26(A) INITIAL DISCLOSURES

Defendant Amigos Labor Solutions, Inc. ("Amigos" or "Defendant") submits its initial disclosures pursuant to FED. R. CIV. P. 26(a).

**A.   Persons with Knowledge.**

Defendant identifies the following persons as potentially having knowledge of the subject matter of this case.

    1.    Juan Raymundo Lemus Guerrero - Plaintiff

        Address and phone numbers are within Plaintiffs' knowledge. Mr. Guerrero may have knowledge of claims in this lawsuit.

    2.    Juan Aldaco Miranda - Plaintiff

        Address and phone numbers are within Plaintiffs' knowledge. Mr. Miranda may have knowledge of claims in this lawsuit.

    3.    Arturo Roberto Alvarez-Lopez - Plaintiff

        Address and phone numbers are within Plaintiffs' knowledge. Mr. Alvarez-Lopez may have knowledge of claims in this lawsuit.

4. Roberto Saiz Rodriguez - Plaintiff

   Address and phone numbers are within Plaintiffs' knowledge. Mr. Rodriguez may have knowledge of claims in this lawsuit.

5. Artemio Coria-Castro - Plaintiff

   Address and phone numbers are within Plaintiffs' knowledge. Mr. Castro may have knowledge of claims in this lawsuit.

6. Juan Pablo Escamilla Avila - Plaintiff

   Address and phone numbers are within Plaintiffs' knowledge. Mr. Avila may have knowledge of claims in this lawsuit.

7. Rigoberto Martinez Roque - Plaintiff

   Address and phone numbers are within Plaintiffs' knowledge. Mr. Roque may have knowledge of claims in this lawsuit.

8. Robert Wingfield, Jr.
   President
   Amigos Labor Solutions, Inc.
   3141 Hood Street, Suite 440
   Dallas, TX 75219
   (214) 526-5665

   Mr. Wingfield has knowledge of Amigos relationship with Lakewood Landscaping and the immigration related services that Amigos provided to Lakewood Landscaping. He also has knowledge of LLS Intl. Inc.'s activities in assisting Lakewood Landscaping in obtaining H-2B visa workers.

9. Anita Cruz
   Amigos Labor Solutions, Inc.
   3141 Hood Street, Suite 440
   Dallas, TX 75219
   (214) 526-5665

   Ms. Cruz is a case manager for Amigos and has knowledge of its day-to-day operations and the administration of its immigration related services.

10. Jeff West
    LLS International
    427 Ocampo Pte. Zona Centro
    Monterrey, Mexico
    0115280180407577

    Mr. West is an executive with LLS Intl. and may have knowledge of the identification, location and logistics of Lakewood Landscaping's employment of H-2B workers.

11. Bob McGuinness
    Lakewood Landscaping
    33306 Glenside
    Livonia, MI 48150
    (734) 422-3232

    Mr. McGuinness was a manager for Lakewood Landscaping and would have knowledge surrounding the employment of those who may have worked for Lakewood Landscaping under H-2B visa authorizations.

**B. Documents.**

The following documents may be relevant to disputed facts alleged in the pleadings in this case.

1. Job Information Disclosure 1999/2000, 2000/2001, 2001/2002, 2002/2003, 2003/2004 and 2004/2005.

2. Cover letters to Job Information Disclosures.

3. Fee & Policy Agreements between Amigos and Lakewood Landscaping.

4. Description of H-2B visa program.

5. Agency and Indemnity Agreements between Amigos and Lakewood Landscaping.

**C. Damages.**

Not applicable.

**D.    Insurance Agreements.**

   None.

                              Respectfully submitted,


                              WORSFOLD MACFARLANE MCDONALD, PLLC
                              Attorneys for Defendants Amigos Labor Solutions, Inc. and
                              Robert Wingfield, Jr.



                              By: /s/Charles H. Worsfold
                                   Charles H. Worsfold (P26949)
                                   BUSINESS ADDRESS:
                                   1001 Monroe Avenue, N.W.
                                   Grand Rapids, MI 49503
                                   (616) 977-9200
                                   E-mail:  cworsfold@wmmattorneys.com

                              COUNSEL FOR DEFENDANTS AMIGOS LABOR
                              SOLUTIONS, INC. AND ROBERT WINGFIELD, JR.