UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN

JUAN RAYMUNDO LEMUS GUERRERO,
JUAN ALDACO MIRANDA, ARTURO
ROBERTO ALVAREZ-LOPEZ, ROBERTO
SAIZ RODRIGUEZ, ARTEMIO
CORIA-CASTRO, JUAN PABLO
ESCAMILLA AVILA, AND
RIGOBERTO MARTINEZ, ROQUE,
individually and on behalf of others,

       Plaintiffs,

Case No. 1:05-CV-0357

v.

HONORABLE ROBERT H. CLELAND

BRICKMAN GROUP, LLC., a Delaware
Corporation, BRICKMAN ACQUISITIONS,
LTD., a Michigan Corporation d/b/a
LAKEWOOD LANDSCAPING, AMIGOS
LABOR SOLUTIONS, INC., ROBERT
WINGFIELD, JR., an individual,
and JEFFREY WEST, an individual doing
business as LLS INTERNATIONAL,

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE OF
PLAINTIFFS' CLAIMS AGAINST
DEFENDANTS AMIGOS LABOR
SOLUTIONS, INC. AND ROBERT
WINGFIELD, JR. ONLY**

       Defendants.

---

Teresa M. Hendricks (P46500)
MICHIGAN MIGRANT LEGAL
ASSISTANCE PROJECT, INC.
Attorneys for Plaintiffs
648 Monroe Avenue., N.W., Suite 318
Grand Rapids, MI 49503
(616) 454-5055

Edward Tuddenham (TBA#20282300)
TX Bar No. 20282300
Attorney for Plaintiffs
272 W. 107th St., 20A
New York, NY 10025
(212) 866-6026

Charles H. Worsfold (P26949)
WORSFOLD MACFARLANE MCDONALD
Attorneys for Defendants Amigos Labor
Solutions, Inc. and Robert Wingfield, Jr.
1001 Monroe Avenue, N.W.
Grand Rapids, MI 49503
(616) 977-9200

David M. Foy (P42574)
Bruce G. Davis (P38715)
BERRY MOORMAN P.C.
Attorneys for Defendants Brickman Group,
LLC and Brickman Acquisitions, Ltd.
535 Griswold, Suite 1900
Detroit, MI 48226
(313) 496-1200

Ronald J. Vander Veen (P33067)    David W. Showalter (TBA#18306500)

| Gregory J. McCoy (P54419) | James I. Smith, Jr. (TBA#18742000) |
| CUNNINGHAM DALMAN P.C. | LAW OFFICES OF DAVID W. SHOWALTER |
| Attorneys for Plaintiffs | Attorneys for Defendant Jeffrey West, d/b/a |
| 321 Settlers Road | LLS International |
| Holland, MI 49423 | 5231 Bellaire Boulevard |
| (616) 392-1821 | Bellaire, TX 77401-3901 |
| | (713) 660-0491 |

Wayne Walker (P51290)
WILLIAMS, WILLIAMS, RUBY
& PLUNKETT, PC
Attorneys for LLS International, Inc.
380 N. Old Woodward Avenue, Suite 300
Birmingham, MI 48009
(248) 642-0333

_____

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS AMIGOS LABOR SOLUTIONS, INC. AND ROBERT WINGFIELD, JR. ONLY**
_____

NOW COME the parties hereby, by and through their respective attorneys, and hereby stipulate and agree that Plaintiffs' claims against Defendants Amigos Labor Solutions, Inc. and Robert Wingfield, Jr., ONLY be dismissed with prejudice and without costs to any party.

                              CUNNINGHAM DALMAN, P.C.
                              Attorneys for Plaintiffs

Dated:  May 5, 2006          By: /s/ Gregory J. McCoy (with permission)
                                        Gregory J. McCoy (P54419)

                              WORSFOLD MACFARLANE MCDONALD
                              Attorneys for Defendants Amigos Labor Solutions, Inc. and
                              Robert Wingfield, Jr.

Dated:  May 5, 2006          By: /s/ Charles H. Worsfold
                                        Charles H. Worsfold (P26949)
                              BERRY MOORMAN, P.C.
                              Attorneys for Defendants Brickman Group LLC and

                              Brickman Acquisitions, Ltd.

Dated: May 3, 2006               By: <u>/s/ David M. Foy</u>
                                            David M. Foy (P42574)

                                    LAW OFFICES OF DAVID W. SHOWALTER
                                    Attorneys for Defendants LLS International and Jeffrey West

Dated: May 8, 2006               By: <u>/s/ David W. Showalter (with permission)</u>
                                            David W. Showalter (TBA#18306500)

## **ORDER**

At a session of said court held in the United States District Court, Western District of Michigan on the 12th day of May, 2006.

PRESENT: HONORABLE ROBERT H. CLELAND
                  United States District Judge

IT IS SO ORDERED.

                                    <u>s/Robert H. Cleland</u>
                                    HONORABLE ROBERT H. CLELAND
                                    UNITED STATES DISTRICT JUDGE