UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUAN RAYMUNDO GUERRERO et al.,

    Plaintiffs,

v.                                            Case No. 05-00357

LAKEWOOD GROUP, LLC et al.,

    Defendants.
                                           /

**ORDER REQUIRING REPLY BRIEF**

The court is in the process of reviewing Defendants' motion for reconsideration and concludes that a reply brief would be helpful. Pursuant to this court's April 17, 2007 order,

IT IS ORDERED that Defendants shall file a reply brief **not to exceed ten pages** of argument by **May 14, 2007.**

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: May 3, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 3, 2007, by electronic and/or ordinary mail.

                                          S/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522